# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAN G. ALLEN, | CASE NO.: 3:15-cv-00225-HDM-VPC |
| vs. | **DEFAULT JUDGMENT** |
| KYLE P. BARNTHOUSE; HEPHAESTUS SECURITY CONSULTING GROUP, INC., an Ohio corporation. | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Entry of Default Judgment ("Motion") against Defendants. Upon consideration of the Motion and the Affidavit filed in support of same, it appearing that Defendants have been served with process as required by law; that said Defendants have failed to appear and plead within the time allowed by law, or at all; and that the default of the Defendants was entered herein on May 22, 2015, the Court now orders that Judgment be entered in favor of Plaintiff, and against Defendants, jointly and severally, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be granted in favor of Plaintiff and against Defendants as follows:

For the Principal Sum of $175,000.00;

For Costs in the Amount of $527.50;

For post-judgment interest on the foregoing at the statutory rate from the date of judgment until paid. IT IS SO ORDERED.

DATED this 28th day of July, 2015.

_Howard D McKibben_
DISTRICT COURT JUDGE